# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8016
Owner:  Estate of Marcelo Montalvo, et al.
Acres:  0.940

**Being** a 0.940 of one acre (40,948 square feet) parcel of land, more or less, being out of the Maria Marcela Martinez Survey, Abstract No. 130, Starr County, Texas, being out of the east 1/2 of Porción 83 and being out of a called 41.15 acre tract conveyed to Marcelo Montalvo by Warranty Deed recorded in Volume 357, Page 375, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8016", said point being at an angle in the west line of the 41.15 acre tract and the east line of a called 12.8 acre tract described in Volume 434, Page 207, Deed Records of Starr County, Texas (Tract 2, Alfredo Rodriguez Estate), said point having the coordinates of N=16646882.182, E= 895839.911;

**Thence:** N 09°56'17" E (N 09°40'00" E, Record), with the west line of the 41.15 acre tract and the east line of the 12.8 acre tract, for a distance of 28.92' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC- 8016-1=8038-3" for the **Point of Beginning** and southwest corner of Tract RGV-RGC-8016, said point being in the west line of the 41.15 acre tract and the east line of the 12.8 acre tract, said point having the coordinates of N=16646910.670, E=895844.903, said point bears S 49°29'31" E, a distance of 187.21' from United States Army Corps of Engineers Control Point No. TGT-15;

**Thence:** N 09°56'17" E (N 09°58'00" E, Record), continuing with the west line of the 41.15 acre tract and the east line of the 12.8 acre tract, passing at 25.17' the northeast corner of the 12.8 acre tract and the southeast corner of a called 4.56 acre tract conveyed to Maria Julia R. Perez, Ascencion R. Chapa, Eva R. Garza, Lazaro Rodriguez, Trinidad Rodriguez Jr. and Encarnacion J. Rodriguez by Partition Deed recorded in Volume 427, Page 502, Deed Records of Starr County, (Second Tract, Tract 7), being the same tract of land conveyed to Lazaro Rodriguez, Eva Rodriguez Garza, Encarnacion J. Rodriguez, Maclovio Perez, Jr., Maria P. Olivo, Jesus Rodriguez, Maria Azucena R. Salinas, Elia R. Zarate, David Rodriguez, Vilma R. Garza and Ascencion R. Chapa (Undivided 1/2 Interest) by Warranty Deed recorded in Volume 1072, Page 825, Official Records of Starr County, Texas and being the same tract of land conveyed to Elena Rodriguez Requenez, Ester Rodriguez Alvarado, Santo Rodriguez Rojas, Alejandro Rodriguez,

**SCHEDULE C (Cont)**

Alfredo Santos Rodriguez, Roberto Rodriguez, Esperanza Rodriguez, Lucia Rodriguez and Consuelo Hinojosa (Undivided ½ Interest) by Quitclaim Deed recorded in Volume 434, Page 214, Deed Records of Starr County, Texas, passing at 119.97' the northeast corner of the 4.56 acre tract, continuing for a total distance of 200.54' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-2" for the northwest corner of Tract RGV-RGC-8016, said point being in the west line of the 41.15 acre tract;

**Thence:** S 84°16'09" E, over and across the 41.15 acre tract, for a distance of 203.91' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-3" for the northeast corner of Tract RGV-RGC-8016, said point being in the east line of the 41.15 acre tract;

**Thence:** with the east line of the 41.15 acre tract, the following courses and distances:

• S 10°03'17" W (S 10°05'00" W, Record), for a distance of 135.10' to an angle point in the east line of Tract RGV-RGC-8016;

• S 04°29'17" W (S 04°31'00" W, Record), for a distance of 65.30' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8016-5" for the southeast corner of Tract RGV-RGC-8016, said point being in the east line of the 41.15 acre tract;

**Thence:** N 84°16'09" W, over and across the 41.15 acre tract, for a distance of 209.85' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT



## SCHEDULE D(Cont)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 09°56'17" E | 28.92' | N 09°40'00" E | N/A |
| L2 | N 09°56'17" E | 200.54' | N 09°58'00" E | N/A |
| L3 | S 84°16'09" E | 203.91' | N/A | N/A |
| L4 | S 10°03'17" W | 135.10' | S 10°05'00" W | N/A |
| L5 | S 04°29'17" W | 65.30' | S 04°31'00" W | N/A |
| L6 | N 84°16'09" W | 209.85' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16646910.670 | 895844.903 | RGV-RGC-8016-1=8038-3 |
| 2 | 16647108.202 | 895879.512 | RGV-RGC-8016-2 |
| 3 | 16647087.840 | 896082.401 | RGV-RGC-8016-3 |
| 4 | 16646954.811 | 896058.813 | RGV-RGC-8016-4 |
| 5 | 16646889.716 | 896053.704 | RGV-RGC-8016-5 |
| 6 | 16646882.182 | 895839.911 | POC RGV-RGC-8016 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET. USING THE COPS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL, RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/20/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO BAF ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. THE NATURAL GAS PIPELINES SHOWN HEREON ARE APPROXIMATE AND ARE BASED ON GIS DATA.



LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7299 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1818

| | | | Drawing Ref SHEET 4 OF 5 |
|---|---|---|---|

**METES & BOUNDS SURVEY**
**THE ESTATE OF MARCELO MONTALVO**
**TRACT No. RGV-RGC-8016**
**STARR COUNTY                    TEXAS**

MDS PROJ. NO. 19-200-00    FILE NAME: RGV-RGC-8016    DATE: 9/13/2019

| Mark Description | Date | Appr | | BY | DATE |
|---|---|---|---|---|---|
| | | | Drawn | TPA | 09/19 |
| | | | Checked | TPA | 09/19 |
| | | | Surveyor | JDB | 09/19 |
| | | | Proj. En. # | 100860-1466 | |

CONTRACT NO.:W91273-14-D-0013
T.O.: W91270-19-F-0139




ENGINEERING, INC.
823 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-4559
(EMAIL) info@bnfeng.com

US Army Corps of Engineers

## SCHEDULE D(Cont)



ADJOINER TABLE

| KEY | ACREAGE | RECORD INFORMATION | DESCRIPTION |
|---|---|---|---|
| 1 | 1.24 ACRES | VOL. 427, PG. 502 | MARIA JULIA R. PEREZ, ET AL—THIRD TRACT, TRACT 10 |
| 2 | 12.39 ACRES | VOL. 427, PG. 502 | LAZARO RODRIGUEZ—FOURTH TRACT, TRACT 9 |
| 3 | 4.56 ACRES | VOL. 427, PG. 502 | MARIA JULIA R. PEREZ, ET AL—SECOND TRACT, TRACT 7 |
| 4 | 2.2 ACRES | VOL. 427, PG. 502 | MARIA JULIA R. PEREZ—FIFTH TRACT, TRACT 6 |
| 5 | 12.3 ACRES | VOL. 427, PG. 502 | EVA R. GARCIA—SIXTH TRACT, TRACT 5 |
| 6 | 12.3 ACRES | VOL. 427, PG. 502 | ENCARNACION J. RODRIGUEZ—SIXTH TRACT, TRACT 4 |
| 7 | 12.3 ACRES | VOL. 427, PG. 502 | TRINIDAD RODRIGUEZ, JR.—FOURTH TRACT, TRACT 3 |
| 8 | – | VOL. 2, PG. 270 | EL CHAPARRAL SUBDIVISION, UNIT 2 |
| 9 | – | VOL. 2, PG. 193 | EL CHAPARRAL SUBDIVISION, UNIT 1 |
| 10 | 0.162 OF ONE ACRE | VOL. 329, PG. 637 | MARCELO MONTALVO—SECOND TRACT |
| 10b | 0.15 OF ONE ACRE | VOL. 826, PG. 701 | FEDERICO GONZALEZ GARZA |
| 11 | 1.997 ACRES | VOL. 572, PG. 449 | BEATRIZ ILLIANA BAZAN |
| 12 | 582.548 ACRES | VOL. 609, PG. 258 | UNITED STATES OF AMERICA—TRACT (620) |
| 13 | 4.89 ACRES | VOL. 279, PG. 212 | J.M. MORIN |
| 14 | 12.8 ACRES | VOL. 434, PG. 207 | TRACT 2—ALFREDO RODRIGUEZ ESTATE |

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER      R.P.L.S. # 4939          9/13/2019
                                            DATE

STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR

**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER – KERRVILLE, TX 78028 · 830-896-1895

| | | | Mark | Description | Date | Appr. | | BY | DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **METES & BOUNDS SURVEY** | | | | | | Drawn | TPA | 09/19 | |
| | **THE ESTATE OF MARCELO MONTALVO** | | | | | | Checked | TPA | 09/19 | |
| | **TRACT No. RGV-RGC-8016** | | | | | | Surveyor | JDB | 09/19 | |

CONTRACT NO.:W81270-14-D-0013
T.O.: W81270-18-F-0139

METES & BOUNDS SURVEY
THE ESTATE OF MARCELO MONTALVO
TRACT No. RGV-RGC-8016
STARR COUNTY                    TEXAS

ENGINEERING, INC.
505 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-0059
(EMAIL) info@bnfeng.com

MDS PROJ. NO. 18-290-00     FILE NAME: RGV-RGC-8016     DATE: 9/13/2019

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8016

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands described in Warranty Deed recorded in Volume 357, Page 375, Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E(Cont)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND FIVE HUNDRED EIGHTY-SIX DOLLARS AND 25/100 ($18,586.25), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Cynthia Lopez Montalvo**<br>█████████<br>Cedar Park, TX █████<br><br>**Cecilia V. Montalvo**<br>█████████<br>Edinburg, TX █████<br><br>**Marcelo Emilio Montalvo**<br>█████████<br>Edinburg, TX █████<br><br>**Marc Montalvo (a/k/a Marc Ralph Montalvo)**<br>█████████<br>Mission, TX █████<br><br>**Marcella Montalvo (n/k/a Marcella Montalvo Saenz)**<br>█████████<br>Cedar Park, TX █████<br><br>**Maritza Montalvo (n/k/a Maritza Montalvo Solis)**<br>█████████<br>Frisco, TX █████<br><br>**Margo Montalvo (n/k/a Margo Angela Warne)**<br>█████████<br>Cedar Park, TX █████ | Warranty Deed dated June 19, 1969, recorded April 19, 1971, in Volume 357, Page 375, Official Public Records, Starr County, Texas |
| **Unknown heirs of Juan Perez, Sr.** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |

| | |
|---|---|
| **Unknown heirs of Ramon Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Martina Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Juliana Perez** | Partition Deed dated February 17, 1868, recorded August 9, 1872, in Volume D, Page 469, Official Public Records, Starr County, Texas |
| **Unknown heirs of Jose Maria Perez** | Affidavit of Heirship regarding the Estate of Paula Perez dated April 14, 1954, recorded in Volume 3486, Page 800, Official Public Records of Bexar County, Texas. |
| **Unknown heirs of Sabas Perez** | Affidavit of Heirship regarding the Estate of Paula Perez dated April 14, 1954, recorded in Volume 3486, Page 800, Official Public Records of Bexar County, Texas. |
| **Ameida Salinas** 100 N. FM 3167, Ste 201, Rio Grande City, TX 78582 | Starr County Tax Assessor-Collector Parcel ID No. 17811 |